| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

| Action or Appeal? **Action** | | Court Name and Location |
|---|---|---|
| Docket No.<br>4:19–cv–03815 | Date Filed:<br>10/3/2019 | SOUTHERN DISTRICT OF TEXAS<br><br>HOUSTON DIVISION<br>United States District Court<br>515 Rusk Ave<br>Houston, TX 77002 |

| Plaintiff(s)<br>Five Oaks Achievement Center, LLC | Defendant(s)<br>Gary McWhorter, et al. |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**A copy of the complaint is being mailed with this form.**

| Clerk:<br>David J. Bradley, Clerk | By Deputy Clerk:<br>S. Shelby | Date:<br>10/4/2019 |
|---|---|---|