IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIVE OAKS ACHIEVEMENT CENTER, LLC | § § § § | |
| *Plaintiff,* | § § | NO. 4:19-CV-3815 |
| v. | § § | JURY DEMAND |
| JERRY CRAIG BIBB AND GARY MCWHORTER | § § § | |
| *Defendant.* | § § | |

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff Five Oaks Achievement Center, LLC ("Plaintiff") files this its Certificate of Interested Parties pursuant to the Order for Conference and Disclosure of Interested Parties. The following listed persons, associations of persons, firms, partnerships, corporation, affiliates, parent corporations, or other entities who are financially interested in the outcome of this litigation.

These representations are made in order that the Court may evaluate possible disqualification or recusal.

The following persons are known to Plaintiff to have a financial interest in the outcome of this litigation:

1. Five Oaks Achievement Center, LLC, 7674 Pechacek Rd, New Ulm, TX 78950.

2. Jerry Craig Bibb, 2131 Blue Water Bay Drive, Katy Texas 77494.

3. Gary McWhorter, 7421 Frankford Rd. Apt. 1432, Dallas, Texas 75252.

Respectfully submitted,

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

_____
FRANK O. CARROLL III
TBA No. 24082785
SARA E. WOLFE
TBA No. 24109688
2800 Post Oak Blvd, 57th Floor
Houston, TX  77056
Telephone: (713) 840-1666
fcarroll@rmwbh.com
swolfe@rmwbh.com
**ATTORNEYS FOR PLAINTIFF**
**FIVE OAKS ACHIEVEMENT CENTER, LLC**